# Exhibit 3

Method Claim: 1

| US10055123 | Nextbase 622GW ("The accused product") |
|---|---|
| 1. A method for changing information via a target communication device by performing a specific interaction, the information originating from a user of a mobile device, the method comprising: | The accused product discloses a method for changing information (e.g., location, emergency status, etc.) via a target communication device (e.g., the accused product) by performing a specific interaction (e.g., tapping 'SOS' icon), the information (e.g., location, emergency status, etc.) originating from a user (e.g., an owner of the accused product) of a mobile device (e.g., a mobile device with MyNextbase Connect app installed). <br><br> As shown below, the accused product allows a user to configure Emergency SOS alert via MyNextbase Connect app. When a crash is detected by a G-sensor of the accused product, the system automatically monitors movement and updates information such as current location and status during countdown stages. If no movement is detected or user does not cancel the alert, the updated information is automatically transmitted to emergency services. |



https://nextbase.com/dash-cams/622gw-dash-cam/

https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US



mobile device

target communication device

https://www.youtube.com/watch?v=cR5bVYb3GoA



mobile device

target communication device

https://www.youtube.com/watch?v=cR5bVYb3GoA



Features:
- Camera Live View: see what your Dash Cam is seeing
- Download files from your Dash Cam to your smartphone/mobile device
- Edit recordings
- Share videos to popular social media platforms
- National Dash Cam Safety Portal
- Emergency SOS services (322GW, 422GW, 522GW & 622GW)
- Check for and install Firmware Updates
- Contact Us details, including Live Chat
- FAQs
- Nextbase™ latest offers and deals

Connect to Dash Cam

https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf

## Driver Assistance - Emergency SOS



In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

### 31 Emergency SOS

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**

In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

https://nextbase.com/emergency-sos-feature/



**Master Process**

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

The emergency alert that is sent to the integrator and emergency services includes GPS location and heading as standard, but also other personal details such as medical history, blood type and allergies.



https://nextbase.com/emergency-sos-feature/

## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store     Apple App Store

| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|----|----|----|----|----|----|----|----|----|----|----|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

### In the event of an incident

The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.

Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.

If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.

If the crash detection technology within the camera is triggered inadvertently, the MyNextbase Connect app is designed to detect a range of vehicle and customer movements such as continued driving, walking around or moving the phone. It will automatically cancel the Emergency SOS process if movement is detected as we expect you can call the emergency services if medical assistance is required.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



During countdowns the screen on the Dash Cam will alternate between red and black backgrounds to be as noticeable as possible.





https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-

R1_compressed-6.pdf



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

| searching, by the mobile device, for the target | The accused product discloses searching, by the mobile device (e.g., a mobile device with MyNextbase Connect app installed), for the target communication device (e.g., the accused product) among at least one communication device (e.g., the accused product) based |
| --- | --- |

| | |
|---|---|
| communication device among at least one communication device based on a distance between the at least one communication device and the mobile device; | on a distance (e.g., distance between the mobile device and the accused product) between the at least one communication device (e.g., the accused product) and the mobile device (e.g., a mobile device with MyNextbase Connect app installed).<br><br>As shown below, the mobile device searches for the accused product (e.g., target communication device) within a predefined range i.e., Bluetooth range of ~10m (e.g., distance) during the pairing process to establish a connection.<br><br><br><br>https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |



mobile device

target communication device

https://www.youtube.com/watch?v=cR5bVYb3GoA



**(34) MyNextbase Connect**

*In order for this function to work, you must have MyNextbase Connect™ installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on.*

Within this menu, you will be able to manage your connected devices. You will be able to connect and set up new devices (as seen in your Dash Cam's First Time Use), and manage devices which are already connected.



## Setup Phone
Install the MyNextbase Connect App from the Google Play Store or the Apple App Store. Once installed, select 'Connect to Dash Cam' on the app. Once a connection is established, a confirmation message will appear on both devices. You may then proceed to use both your Dash Cam and smartphone as usual.

https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf

2. Wait for your Dash Cam model to appear on the screen, the serial number should match the number on the base of your Dash Cam. Tap to connect.



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

3. If you're using an Android phone, skip this step. If you are using an iPhone (or iPad) you will need to wait for your Dash Cam to appear in the "Select An Accessory" window that pops up. This can take up to 2 minutes, when it appears, tap on it.



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

4. A Bluetooth pairing request should be shown on your phone, the same code should pop up on your Dash Cam screen. Tap "Pair".



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

# What is Bluetooth's range?

Bluetooth's range differs based on the device's power, its Bluetooth class, and the context in which its used- however, for the majority of users, the ranges below apply:

| Bluetooth device/ context | Expected range |
| --- | --- |
| Theoretical, high powered devices | More than 1km |
| Average power, Bluetooth-enabled consumer device (i.e. smartphone) | 10 meters |

https://www.pointr.tech/blog/what-is-bluetooths-indoor-range-mobile-coverage-area



https://www.youtube.com/watch?v=2WOQ3uMxBBM



mobile device

target communication device

https://www.youtube.com/watch?v=cR5bVYb3GoA

| | |
|---|---|
| establishing, by the mobile device, a communication | The accused product discloses establishing, by the mobile device (e.g., a mobile device with MyNextbase Connect app installed), a communication channel (e.g., a wireless link) with the target communication device (e.g., the accused product), in response to detection of a |

| | |
|---|---|
| channel with the target communication device, in response to detection of a specified touch gesture associated with the mobile device; | specified touch gesture (e.g., tapping 'SOS' icon) associated with the mobile device (e.g., a mobile device with MyNextbase Connect app installed).<br><br>As shown below, when a user taps the SOS button (e.g., touch gesture detected on the first communication device) on the mobile device with MyNextbase Connect app, it receives crash detection data when an impact is detected by the G sensor of the accused product.<br><br><br><br>https://www.youtube.com/watch?v=cR5bVYb3GoA |

## Features:

- Camera Live View: see what your Dash Cam is seeing
- Download files from your Dash Cam to your smartphone/mobile device
- Edit recordings
- Share videos to popular social media platforms
- National Dash Cam Safety Portal
- Emergency SOS services (322GW, 422GW, 522GW & 622GW)
- Check for and install Firmware Updates
- Contact Us details, including Live Chat
- FAQs
- Nextbase™ latest offers and deals



MyNextbase Connect
Home Screen

a first communication device

## Connect to Dash Cam

In order to make use of the full range of features, you will need

https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf

5. After your Dash Cam and phone have paired, your phone will try to connect via Wi-Fi to check if the firmware is up to date. If you have a VPN connected, disconnect it.

https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

## Driver Assistance - Emergency SOS



In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

### 31 Emergency SOS

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**

In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

https://nextbase.com/emergency-sos-feature/



## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store     Apple App Store

| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

### In the event of an incident

The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.

Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.

If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

As shown below, when a user taps the SOS button (e.g., touch gesture detected on the first communication device) on the mobile device with MyNextbase Connect app, it receives crash

detection data when an impact is detected by the G sensor of the accused product.



| | |
|---|---|
| | https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |
| receiving, by the mobile device, data related to the specific interaction from the target communication device; | The accused product discloses receiving, by the mobile device (e.g., a mobile device with MyNextbase Connect app installed), data (e.g., crash detection data, etc.) related to the specific interaction (e.g., crash detection) from the target communication device (e.g., the accused product).<br><br>As shown below, the mobile device receives crash detection data from the accused product when the G-sensor detects a high impact.<br><br>**How does a Dash Cam G-Sensor work?**<br><br>A G-Sensor works by measuring the acceleration of force acting on an object — your car in the case of a Dash Cam. A Dash Cam G-Sensor has acceleration detection. It typically has a pre-set value that can be adjusted depending on your preferences. When this value is exceeded, your Dash Cam will save recent footage and protect it from being deleted.<br><br>Some Dash Cam G-Sensors can log acceleration data. This means it can record a vehicle's movement and any significant events during a journey. At Nextbase, all of our models include a G-Sensor. This sensor works with Intelligent Parking Mode so drivers can have peace of mind their car is safe when they're not around. It can also be activated by potholes, braking and speed bumps.<br><br>https://nextbase.com/hub/what-is-a-gsensor-on-a-dash-cam-/ |

## What are the benefits of a Dash Cam G-Sensor?

There are several benefits drivers can take advantage of when choosing a Dash Cam with a G-Sensor, such as:

Automatic incident detection

The G-Sensor in your Dash Cam can detect sudden changes in acceleration, including collisions or hard braking. This will trigger the sensor and your Dash Cam will automatically save and protect the relevant footage from being overwritten or lost without drivers having to do this manually.

https://nextbase.com/hub/what-is-a-gsensor-on-a-dash-cam-/



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



## Driver Assistance - Emergency SOS

**Driver Assistance**

Emergency SOS    Reversing Camera

what3words

In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

**31** **Emergency SOS**

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

| | |
|---|---|
| transmitting, by the mobile device, the data related to the specific interaction to a server; and | The accused product discloses transmitting, by the mobile device (e.g., a mobile device with MyNextbase Connect app installed), the data (e.g., crash detection data, etc.) related to the specific interaction (e.g., crash detection icon) to a server (e.g., a remote emergency services server).<br><br>As shown below, the mobile device receives crash detection data from the accused product when the G-sensor detects a high impact. Further, the mobile device sends the current location, vehicle details, etc. to a remote server for emergency services. |

## Driver Assistance - Emergency SOS



In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

### 31 Emergency SOS

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**

In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.



https://nextbase.com/emergency-sos-feature/

## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store



Apple App Store



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-

| | |
|---|---|
| | R1_compressed-6.pdf<br><br>**In the event of an incident**<br><br>The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.<br><br>Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.<br><br>If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.<br><br>https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf |
| permitting the server to update the information originating from the user of the mobile device stored in the server or a storage device associated with the server based on the data | The accused product discloses permitting the server (e.g., remote Nextbase server) to update the information (e.g., location update, emergency situation, etc.) originating from the user (e.g., an owner of the accused product) of the mobile device (e.g., a mobile device with MyNextbase Connect app installed) stored in the server (e.g., remote emergency services server) or a storage device associated with the server based on the data (e.g., crash detection data, etc.) related to the specific interaction (e.g., crash detection).<br><br>As shown below, the mobile device receives crash detection data from the accused product when the G-sensor detects a high impact. Further, the mobile device sends the current location, vehicle details, etc. to a remote server for emergency services. |

| | |
|---|---|
| related to the specific interaction, wherein | <br><br>**Driver Assistance - Emergency SOS**<br><br>In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.<br><br>**31 Emergency SOS**<br>Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.<br><br>If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.<br><br>https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf |



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**

In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.



https://nextbase.com/emergency-sos-feature/

## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store



Apple App Store



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-

R1_compressed-6.pdf

### In the event of an incident

The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.

Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.

If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Master Process**

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

The emergency alert that is sent to the integrator and emergency services includes GPS location and heading as standard, but also other personal details such as medical history, blood type and allergies.



https://nextbase.com/emergency-sos-feature/



https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US

| | |
|---|---|
| the mobile device is configured to run an application | The accused product discloses the mobile device (e.g., a mobile device with MyNextbase Connect app installed) is configured to run an application program (e.g., MyNextbase Connect app) related to the specific interaction (e.g., crash detection, etc.) in either in a background or a |

| | |
|---|---|
| program related to the specific interaction in either in a background or a foreground of the mobile device, and | foreground (e.g., operates in active screen) of the mobile device (e.g., a mobile device with MyNextbase Connect app installed).<br><br>As shown below, the mobile device runs the MyNextbase Connect app for triggering the SOS alert and sending details to the emergency service, and the app operates in the foreground during the process.<br><br><br><br>https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |



### Features:

- Camera Live View: see what your Dash Cam is seeing
- Download files from your Dash Cam to your smartphone/mobile device
- Edit recordings
- Share videos to popular social media platforms
- National Dash Cam Safety Portal
- Emergency SOS services (322GW, 422GW, 522GW & 622GW)
- Check for and install Firmware Updates
- Contact Us details, including Live Chat
- FAQs
- Nextbase™ latest offers and deals

### Connect to Dash Cam

https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf



https://www.youtube.com/watch?v=cR5bVYb3GoA



https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US

## Driver Assistance - Emergency SOS



In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

### 31 Emergency SOS

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**



In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

https://nextbase.com/emergency-sos-feature/

<table>
<tr><td></td><td>

**App**

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store          Apple App Store



| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

</td></tr>
<tr><td>

the target communication device is configured to run a specific interaction related program, the specific interaction related program configured to

</td><td>

The accused product discloses the target communication device (e.g., the accused product) is configured to run a specific interaction (e.g., crash detection) related program (e.g., MyNextbase Connect app), the specific interaction (e.g., crash detection) related program (e.g., MyNextbase Connect app) configured to send information (e.g., location, emergency status, etc.) to the mobile device (e.g., a mobile device with MyNextbase Connect app installed) in response to the user (e.g., an owner of the accused product) providing an input (e.g., pressing protect button on the accused product) to the target communication device (e.g., the accused product), the information (e.g., location, emergency status, etc.) being associated with the specific interaction (e.g., crash detection).

As shown below, the accused product allows a user to configure Emergency SOS alert via

</td></tr>
</table>

| | |
|---|---|
| send information to the mobile device in response to the user providing an input to the target communication device, the information being associated with the specific interaction. | MyNextbase Connect app. When the protect button is pressed on the accused product (e.g., an input to target communication device) during recording, relevant footage and associated data such as time and recording details are generated and stored. The recorded video, including segments from before and after the recording point, is transmitted to the connected mobile device through the MyNextbase Connect application, with the transmitted data corresponding to the recorded incident.<br><br><br><br>https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |



https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US

## Driver Assistance - Emergency SOS



In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

### 31 Emergency SOS

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**



In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

https://nextbase.com/emergency-sos-feature/

## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store

Apple App Store

| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

As shown below, when the protect button is pressed on the accused product (e.g., an input to target communication device) during recording, relevant footage and associated data such as time and recording details are generated and stored.



**a target communication device**

**an input to target communication device**

④ LEDs
Top: Blue
- The Blue LED will be on while the Dash Cam is charging. It will turn off when charging is complete, even if the Dash Cam is still plugged in.
Bottom: Red
- The Red LED is permanently on while the Dash Cam is active. It will flash while recording.

⑤ Protect Button
Press whilst recording to protect the current file in event of an emergency situation.
When in the menus, or in playback mode, pressing this will also act as a Back button.

Note:
- When the 'Protect' function is activated a file containing 15 seconds prior to the incident and 30 seconds after is written to the Protected folder.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

As shown below, when a crash is detected by a G-sensor of the accused product, the system automatically monitors movement and updates information such as current location and status (e.g., automatically changing information).



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf