# Exhibit 4

Method Claim: 1

| US9288610B2 | Nextbase 622GW ("The accused product") |
|---|---|
| 1. A method for automatically changing information originating from at least one of a first user and a second user by using a communication device, the method comprising steps of: | The accused product discloses a method for automatically changing information (e.g., location, emergency status, etc.) originating from at least one of a first user (e.g., an owner of the accused product) and a second user by using a communication device (e.g., a mobile device with MyNextbase Connect app installed).<br><br>As shown below, the accused product allows a user to configure Emergency SOS alert via MyNextbase Connect app. When a crash is detected by a G-sensor of the accused product, the system automatically monitors movement and updates information such as current location and status during countdown stages. If no movement is detected or user does not cancel the alert, the updated information is automatically transmitted to emergency services.<br><br> |

https://nextbase.com/dash-cams/622gw-dash-cam/



https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US

## Driver Assistance - Emergency SOS



In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

### 31 Emergency SOS

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**

In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

https://nextbase.com/emergency-sos-feature/



**Master Process**

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

The emergency alert that is sent to the integrator and emergency services includes GPS location and heading as standard, but also other personal details such as medical history, blood type and allergies.



https://nextbase.com/emergency-sos-feature/

## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store

Apple App Store

| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|---|---|---|---|---|---|---|---|---|---|---|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



**In the event of an incident**

The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.

Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.

If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.

If the crash detection technology within the camera is triggered inadvertently, the MyNextbase Connect app is designed to detect a range of vehicle and customer movements such as continued driving, walking around or moving the phone. It will automatically cancel the Emergency SOS process if movement is detected as we expect you can call the emergency services if medical assistance is required.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

As shown below, when a crash is detected by a G-sensor of the accused product, the system automatically monitors movement and updates information such as current location and status

(e.g., automatically changing information).



| | |
|---|---|
| | https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf |
| (a) a first communication device of the first user searching for at least one second communication device of at least one second user as a target with which to perform a specific interaction within a predetermined distance therefrom or searching for at least one second communication device connected to an access point (AP), an ad-hoc network, or a base station of a cellular network to which the first | The accused product discloses a first communication device (e.g., a mobile device with MyNextbase Connect app installed) of the first user (e.g., an owner of the accused product) searching for at least one second communication device of at least one second user as a target with which to perform a specific interaction  within a predetermined distance therefrom or searching for at least one second communication device (e.g., the accused product) connected to an access point (AP), an ad-hoc network (e.g., a Bluetooth network), or a base station of a cellular network to which the first communication device is connected.<br><br>As shown below, the mobile device running the MyNextbase Connect app (first communication device) searches for the accused product (second communication device) using Bluetooth (e.g., an ad-hoc network) during the pairing process to establish a connection.<br><br><br><br>https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |

| | |
|---|---|
| communication device is connected; | <br><br>first communication device<br><br>second communication device<br><br>https://www.youtube.com/watch?v=cR5bVYb3GoA |



(34) **MyNextbase Connect**

*In order for this function to work, you must have MyNextbase Connect™ installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on.*

Within this menu, you will be able to manage your connected devices. You will be able to connect and set up new devices (as seen in your Dash Cam's First Time Use), and manage devices which are already connected.

## Setup Phone
Install the MyNextbase Connect App from the Google Play Store or the Apple App Store. Once installed, select 'Connect to Dash Cam' on the app. Once a connection is established, a confirmation message will appear on both devices. You may then proceed to use both your Dash Cam and smartphone as usual.



https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf

2. Wait for your Dash Cam model to appear on the screen, the serial number should match the number on the base of your Dash Cam. Tap to connect.



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

3. If you're using an Android phone, skip this step. If you are using an iPhone (or iPad) you will need to wait for your Dash Cam to appear in the "Select An Accessory" window that pops up. This can take up to 2 minutes, when it appears, tap on it.



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

4. A Bluetooth pairing request should be shown on your phone, the same code should pop up on your Dash Cam screen. Tap "Pair".



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app



searching for at least one second communication device

second communication device

first communication device

https://www.youtube.com/watch?v=2WOQ3uMxBBM



first communication device

second communication device

https://www.youtube.com/watch?v=cR5bVYb3GoA

| (a0) selecting at least one specific second communication device from among the searched at least one second | The accused product discloses selecting at least one specific second communication device (e.g., selecting the detected accused product) from among the searched at least one second communication device (e.g., the accused product) to change the user-originating information (e.g., location, emergency status, etc.).<br><br>As shown below, the accused product is selected using the mobile device running the MyNextbase Connect app from among detected devices during pairing. A connection is then established to update the location information when a crash is detected. |
| --- | --- |

| | |
|---|---|
| communication device to change the user-originating information; | <br><br>34) MyNextbase Connect<br><br>*In order for this function to work, you must have MyNextbase Connect™ installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on.*<br><br>Within this menu, you will be able to manage your connected devices. You will be able to connect and set up new devices (as seen in your Dash Cam's First Time Use), and manage devices which are already connected.<br><br>**Setup Phone**<br>Install the MyNextbase Connect App from the Google Play Store or the Apple App Store. Once installed, select 'Connect to Dash Cam' on the app. Once a connection is established, a confirmation message will appear on both devices. You may then proceed to use both your Dash Cam and smartphone as usual.<br><br><br>Exit to Video Mode<br><br>https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf |

2. Wait for your Dash Cam model to appear on the screen, the serial number should match the number on the base of your Dash Cam. Tap to connect.



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

3. If you're using an Android phone, skip this step. If you are using an iPhone (or iPad) you will need to wait for your Dash Cam to appear in the "Select An Accessory" window that pops up. This can take up to 2 minutes, when it appears, tap on it.



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

4. A Bluetooth pairing request should be shown on your phone, the same code should pop up on your Dash Cam screen. Tap "Pair".



https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app



https://www.youtube.com/watch?v=2WOQ3uMxBBM



first communication device

second communication device

https://www.youtube.com/watch?v=cR5bVYb3GoA

5. After your Dash Cam and phone have paired, your phone will try to connect via Wi-Fi to check if the firmware is up to date. If you have a VPN connected, disconnect it.

https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app

| | |
|---|---|
| (b) the first communication device transmitting to, or receiving from, the specific second communication device data related to a specific interaction, if a specified touch gesture is detected in the first communication device; and<br><br>**Col 4: lines 33-37**<br><br>*First, the touch screen 210 may perform a function of receiving a touch gesture from the user. The touch screen 210 reads* | The accused product discloses the first communication device (e.g., a mobile device with MyNextbase Connect app installed) transmitting to or receiving from (e.g., receiving crash detection status from the accused product), the specific second communication device data (e.g., the accused product) related to a specific interaction (e.g., crash detection, etc.), if a specified touch gesture (e.g., tapping on 'SOS' icon) is detected in the first communication device (e.g., a mobile device with MyNextbase Connect app installed).<br><br>As shown below, when a user taps the SOS button (e.g., touch gesture detected on the first communication device) on the mobile device with MyNextbase Connect app, it receives crash detection data when an impact is detected by the G sensor of the accused product.<br><br><br><br>**Features:**<br>- Camera Live View: see what your Dash Cam is seeing<br>- Download files from your Dash Cam to your smartphone/mobile device<br>- Edit recordings<br>- Share videos to popular social media platforms<br>- National Dash Cam Safety Portal<br>- Emergency SOS services (322GW, 422GW, 522GW & 622GW)<br>- Check for and install Firmware Updates<br>- Contact Us details, including Live Chat<br>- FAQs<br>- Nextbase™ latest offers and deals<br><br>**Connect to Dash Cam**<br>In order to make use of the full range of features, you will need<br><br>*MyNextbase Connect Home Screen*<br><br>**a first communication device** |

| | |
|---|---|
| *a touch position of the user. The control part 250 may determine a type of touch gesture, e.g., tap, long-press, drag, or swipe gestures, by using the read touch position.* | https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf<br><br>**5. After your Dash Cam and phone have paired, your phone will try to connect via Wi-Fi to check if the firmware is up to date. If you have a VPN connected, disconnect it.**<br><br>https://support.nextbase.com/en/articles/617023-how-to-connect-to-the-mynextbase-connect-app<br><br><br><br>Driver Assistance - Emergency SOS<br><br>In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.<br><br>**31 Emergency SOS**<br>Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.<br><br>If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.<br><br>https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English- |

[R1_compressed-6.pdf](R1_compressed-6.pdf)

**Nextbase Emergency SOS subscription can alert the emergency services**

In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.



[https://nextbase.com/emergency-sos-feature/](https://nextbase.com/emergency-sos-feature/)

## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store   Apple App Store

| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

## In the event of an incident

The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.

Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.

If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.

If the crash detection technology within the camera is triggered inadvertently, the MyNextbase Connect app is designed to detect a range of vehicle and customer movements such as continued driving, walking around or moving the phone. It will automatically cancel the Emergency SOS process if movement is detected as we expect you can call the emergency services if medical assistance is required.



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

As shown below, when a user taps the SOS button (e.g., touch gesture detected on the first communication device) on the mobile device with MyNextbase Connect app, it receives crash

| | |
|---|---|
| | detection data when an impact is detected by the G sensor of the accused product.  https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |
| (c) at least one of the first and the second communication devices allowing a server to update | The accused product discloses at least one of the first (e.g., a mobile device with MyNextbase Connect app installed) and the second communication devices (e.g., the accused product) allowing a server (e.g., Nextbase servers, etc.) to update the information (e.g., location, emergency status, etc.) originating from at least one of the first user (e.g., an owner of the accused product) and the second user stored in the server (e.g., Nextbase servers, etc.) or a storage device interacted with the server by referring to the transmitted data related to the |

| | |
|---|---|
| the information originating from at least one of the first user and the second user stored in the server or a storage device interacted with the server by referring to the transmitted data related to the specific interaction, | specific interaction (e.g., crash detection, etc.).<br><br>As shown below, when a crash is detected by the accused product, data such as the user's location and status is sent from the accused product to the mobile device and then to backend servers. The server uses this transmitted data to update stored information related to the user, such as current location and emergency status.<br><br><br><br>https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf |

**Nextbase Emergency SOS subscription can alert the emergency services**

In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

https://nextbase.com/emergency-sos-feature/



## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store



Apple App Store



| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|---|---|---|---|---|---|---|---|---|---|---|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

### In the event of an incident

The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.

Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.

If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.

If the crash detection technology within the camera is triggered inadvertently, the MyNextbase Connect app is designed to detect a range of vehicle and customer movements such as continued driving, walking around or moving the phone. It will automatically cancel the Emergency SOS process if movement is detected as we expect you can call the emergency services if medical assistance is required.



During countdowns the screen on the Dash Cam will alternate between red and black backgrounds to be as noticeable as possible.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

As shown below, when a user taps 'SOS' button (e.g., a touch gesture) on the mobile device, the mobile device receives crash detection data when a crash is detected by the accused product.

| | Thus, the mobile device transmits the current location data, etc. of the user to the backend servers for further processing.<br><br><br><br>https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |
| --- | --- |
| wherein the first communication device searches for the at least one second | The accused product discloses wherein the first communication device (e.g., a mobile device with MyNextbase Connect app installed) searches for the at least one second communication device (e.g., the accused product) based on whether the at least one second communication device (e.g., the accused product) has a certain application program (e.g., an emergency alert module of the accused product) that is related to the specific interaction (e.g., crash detection, |

| communication device based on whether the at least one second communication device has a certain application program that is related to the specific interaction, and | etc.).<br><br>As shown below, the mobile device with the MyNextbase Connect app searches for nearby dashcams that are compatible with the app. It connects only to devices that support features such as Emergency SOS and crash detection. When a crash is detected by the accused product, it sends the detection data to mobile device for triggering an alert.<br><br>**Features:**<br>- Camera Live View: see what your Dash Cam is seeing<br>- Download files from your Dash Cam to your smartphone/mobile device<br>- Edit recordings<br>- Share videos to popular social media platforms<br>- National Dash Cam Safety Portal<br>- Emergency SOS services (322GW, 422GW, 522GW & 622GW)<br>- Check for and install Firmware Updates<br>- Contact Us details, including Live Chat<br>- FAQs<br>- Nextbase™ latest offers and deals<br><br>**Connect to Dash Cam**<br>In order to make use of the full range of features, you will need<br><br>MyNextbase Connect Home Screen<br><br>a first communication device<br><br>https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf |



https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US



https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US

## Driver Assistance - Emergency SOS



In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

### 31 Emergency SOS

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**

In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

https://nextbase.com/emergency-sos-feature/



## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store   Apple App Store

| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|----|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

## In the event of an incident

The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.

Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.

If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.

If the crash detection technology within the camera is triggered inadvertently, the MyNextbase Connect app is designed to detect a range of vehicle and customer movements such as continued driving, walking around or moving the phone. It will automatically cancel the Emergency SOS process if movement is detected as we expect you can call the emergency services if medical assistance is required.



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

As shown below, when a user taps 'SOS' button (e.g., a touch gesture) on the mobile device, the mobile device receives crash detection data when a crash is detected by the accused product.

| | |
|---|---|
| | Thus, the mobile device transmits the current location data, etc. of the user to the backend servers for further processing.<br><br><br><br>https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |
| wherein the first communication device selects the specific second communication | The accused product discloses wherein the first communication device (e.g., a mobile device with MyNextbase Connect app installed) selects the specific second communication device (e.g., the accused product) where the certain application (e.g., an emergency alert module of the accused product) is turned on in either the background (e.g., internal process) or the foreground, if there are multiple second communication devices searched. |

| device where the certain application is turned on in either the background or the foreground, if there are multiple second communication devices searched. | As shown below, the accused product allows a user to configure Emergency SOS alert via MyNextbase Connect app. When a crash is detected by a G-sensor of the accused product, the system automatically monitors movement and updates information such as current location and status during countdown stages. If no movement is detected or user does not cancel the alert, the updated information is automatically transmitted to emergency services. The mobile device with the MyNextbase Connect app searches for nearby dashcams that are compatible with the app. It connects only to devices that support features such as Emergency SOS and crash detection. When a crash is detected by the accused product, it sends the detection data to mobile device for triggering an alert. The emergency alert module runs in the background, enabling the accused product to select the mobile device for triggering alert. |
|---|---|
| |  |
| | https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |



**Features:**

- Camera Live View: see what your Dash Cam is seeing
- Download files from your Dash Cam to your smartphone/mobile device
- Edit recordings
- Share videos to popular social media platforms
- National Dash Cam Safety Portal
- Emergency SOS services (322GW, 422GW, 522GW & 622GW)
- Check for and install Firmware Updates
- Contact Us details, including Live Chat
- FAQs
- Nextbase™ latest offers and deals

## Connect to Dash Cam

In order to make use of the full range of features, you will need

MyNextbase Connect
Home Screen

a first communication device

https://cdn.nextbase.com/nextbase-de-de/2020/08/NBDVR622GW-User-Manual-English-R2.pdf



https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US

## Driver Assistance - Emergency SOS



In order for this function to work, you must have the 'MyNextbase Connect™' app installed on your smart-phone (or similar device), have an internet connection, and have Bluetooth turned on. 'MyNexbase Connect' can be downloaded from the Apple App Store® or Google Play®. Use the QR codes below, or search for 'MyNextbase Connect' in the relevant store.

### 31 Emergency SOS

Your Nextbase™ Dash Came and MyNextbase Connect App features life-saving crash detection and emergency alerting technology. It is designed to automatically and directly connect you to the nearest Ambulance Service in the event of an accident when you are unable to call for assistance.

If your Dash Cam detects a crash, the MyNextbase Connect app monitors key sensors in your phone. If you are unable to call for help, it will automatically send your last known GPS location, medical and vehicle details to the nearest Emergency Service within minutes of the crash.

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

**Nextbase Emergency SOS subscription can alert the emergency services**



In the event of an incident where the driver is unresponsive, Nextbase Emergency SOS* can alert the emergency services as to your location and approved personal details. This ensures emergency services can respond quickly without relying on other road users – essential support when driving on rural or quiet roads.

When an incident is detected, the Emergency SOS* system will go through an anti-false-positive master process. If this master process completes, the phone enters a 'beacon' mode, where if the phone remains still or is unanswered then the emergency alert is sent.

https://nextbase.com/emergency-sos-feature/

## App

Once MyNextbase Connect is installed, you must set up Emergency SOS with your personal and medical information. Follow the Emergency SOS setup menu in the app, filling out the information fields. This will include information such as your name, medical history, and any pre-existing conditions, Providing accurate medical and vehicle details helps emergency responders locate and treat you as quickly and appropriately as possible.

You will also be asked to enter your mobile phone number, as this will be the number the emergency services will call in the event of an incident. When entering your phone number, be sure to enter it with your country dialling code (see below for examples):

Google Play Store

Apple App Store

| GB | FR | ES | NL | NO | FI | SE | DK | DE | IT | US |
|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|
| +44 | +33 | +34 | +31 | +47 | +358 | +46 | +45 | +49 | +39 | +1 |

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

## In the event of an incident

The camera immediately notifies the MyNextbase Connect app to begin monitoring key sensors in your smartphone such as GPS, accelerometers and the pedometer. The camera and app will notify you that it has begun monitoring your smartphone's sensors with on-screen messages and an alarm tone.

Should the accident render you unconscious and/or you are unable to cancel the on-screen Emergency SOS countdown, the MyNextbase Connect app will automatically send a crash alert containing your GPS location, mobile number, medical details and vehicle information to the Emergency Services. If you are ok, you can deactivate the alert manually or respond to the follow-up call from an emergency services operator.

If the alert does not get cancelled, Emergency Response operators will automatically begin the process of dispatching paramedics to your last known location.

If the crash detection technology within the camera is triggered inadvertently, the MyNextbase Connect app is designed to detect a range of vehicle and customer movements such as continued driving, walking around or moving the phone. It will automatically cancel the Emergency SOS process if movement is detected as we expect you can call the emergency services if medical assistance is required.



During countdowns the screen on the Dash Cam will alternate between red and black backgrounds to be as noticeable as possible.

a communication device

https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf



https://cdn.nextbase.com/nextbase-en-gb/2020/07/NBDVR622GW-User-Manual-English-R1_compressed-6.pdf

As shown below, when a user taps 'SOS' button (e.g., a touch gesture) on the mobile device, the mobile device receives crash detection data when a crash is detected by the accused product.

Thus, the mobile device transmits the current location data, etc. of the user to the backend servers for further processing.



https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US